■ In the Matter of the Claim of Doreen M. Salcido, Respondent. Nice N Easy Grocery Shoppes, Inc., Appellant; Commissioner of Labor, Respondent. [993 NYS2d 522]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 14, 2013, which ruled that claimant was entitled to receive unemployment insurance benefits.

Decision affirmed. No opinion.

Garry, J.P., Egan Jr., Lynch, Devine and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.